FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 30, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEATHER CARLON, individually, on behalf of similarly situated individuals,<br><br>      Plaintiff,<br><br>  v.<br><br>KEYCORP, a national banking association,<br><br>      Defendant. | No. 2:21-cv-00097-SMJ<br><br>**ORDER DISMISSING CASE** |

On June 29, 2021, the parties filed a stipulated dismissal, ECF No. 14. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

 **1.** The parties' Stipulation of Dismissal and Order of Dismissal, **ECF No. 14**, is **GRANTED**.

 **2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

 **3.** All pending motions are **DENIED AS MOOT**.

 **4.** All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE – 1

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 30th day of June 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge